# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodman, Jonathan | District Court -- Southern District of Florida | 05/07/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time United States Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Atkins Federal Courthouse
4th Floor
301 N. Miami Avenue
Miami, FL 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1994 | Akerman Senterfitt 401(k) (former law firm, I have no control other than selecting mutual funds offered by the firm) (funds listed in Part VII, lines 15-27). |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | salary |
| 2. | 2011 | salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | credit card | J |
| 2. | American Express | credit card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (savings, CDs) | B | Interest | M | T | | | | | |
| 2. Wells Fargo (f/k/a Wachovia Bank) | A | Interest | J | T | | | | | |
| 3. Rental Apartment (Lauderhill, FL) | A | Rent | L | W | | | | | |
| 4. Annuity, Great Florida Bank | B | Distribution | L | T | | | | | |
| 5. Janus, Contrarian Fund D Shares | | None | K | T | | | | | |
| 6. Janus, Growth & Income Fund | A | Dividend | J | T | | | | | |
| 7. Janus, Perkins Mid Cap Value Fund D | A | Dividend | K | T | | | | | |
| 8. Janus, Intech Core Fund D | A | Dividend | J | T | | | | | |
| 9. Vanguard, Growth Index Fund Inv. | A | Dividend | J | T | | | | | |
| 10. Vanguard, U.S. Growth Fund Investor | A | Dividend | J | T | | | | | |
| 11. Vanguard, Windsor II Fund Inv. | A | Dividend | J | T | | | | | |
| 12. Vanguard, Federal Money Mkt Fund | | None | | | Redeemed | 04/14/10 | J | | exchanged for Windsor II |
| 13. American Century Small Cap Growth Inv. (401k) | | None | J | T | | | | | |
| 14. Artisan Mid Cap Value Fund (401k) | | None | L | T | | | | | |
| 15. T. Rowe Price Mid Cap Growth (401k) | | None | K | T | | | | | |
| 16. Aston/Montag & Caldwell Growth Fund 1 (401k) | | None | L | T | | | | | |
| 17. RidgeWorth Large Cap Value Equity I (401k) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard 500 Index Signal (401k) | | None | K | T | | | | | |
| 19. Suntrust-Akerman Aggresive Option (401k) | | None | K | T | | | | | |
| 20. Suntrust-Akerman Conserv. Option (401k) | | None | L | T | | | | | |
| 21. Suntrust-Akerman Mod. Option (401k) | | None | M | T | | | | | |
| 22. Pimco Real Return Bond Fund, Instl (401k) | | None | K | T | | | | | |
| 23. SunTrust Retirement Stable Asset Class C (401k) | | None | L | T | | | | | |
| 24. T. Rowe Price, Health Sciences (IRA) | | None | J | T | | | | | |
| 25. T. Rowe Price New Am. Growth (IRA) | | None | L | T | | | | | |
| 26. T. Rowe Price New Horizons (IRA) | | None | L | T | | | | | |
| 27. T. Rowe Price Science & Techn. (IRA) | | None | K | T | | | | | |
| 28. Neuberger/Berman Partn. Fund Inv. Class (IRA) | A | Dividend | J | T | | | | | |
| 29. Equivest Com Stock Index (IRA) | | None | J | T | | | | | |
| 30. Equivest Equity 500 Index | | None | J | T | | | | | |
| 31. Equivest Multimanager Aggr. Equity (IRA) | | None | J | T | | | | | |
| 32. EQ/AllianceBernstein Int'l (IRA) | | None | J | T | | | | | |
| 33. Alliance Bernstein Global (IRA) | | None | J | T | | | | | |
| 34. Blackrock Basic (IRA) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Pacific Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 36. Blackrock S & P 500 (IRA) | A | Int./Div. | J | T | | | | | |
| 37. Goldman Sachs Structured (IRA) | A | Int./Div. | J | T | | | | | |
| 38. Merrill Research Bond CL B (IRA) | A | Int./Div. | J | T | | | | | |
| 39. Seligman Commun. & Info FD CL C (IRA) | | None | J | T | | | | | |
| 40. Columbia (Threadneedle Emerging Markets Fund CL C (IRA) | | None | J | T | | | | | |
| 41. Neuberger/Berman Partners Fund Inv. Class (IRA) | | None | J | T | | | | | |
| 42. Vanguard Windsor II (IRA) | | None | J | T | | | | | |
| 43. Vanguard 500 Index Fund Inv. (IRA) | | None | J | T | | | | | |
| 44. Vanguard Windsor II Fund Inv. (IRA) | | None | K | T | | | | | |
| 45. Northwestern Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |
| 46. Mass. Mutual Whole Life Policy (cash value) | | None | K | U | | | | | |
| 47. First Bank Florida | A | Interest | L | T | Closed | 11/03/11 | L | | |
| 48. Bank United | A | Interest | L | T | Open | 11/04/11 | K | | |
| 49. Federated Government Obligations SS (401 K) | | None | K | T | | | | | |
| 50. RidgeWorth Small Capp Value Equity I (401 K) | | None | K | T | | | | | |
| 51. Pimco Total Return - Inst. (401 K) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lazard Emerging Markets Instl (401 K) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, Investments & Trusts, I forget to explain in last year's report that a mutual fund had been redeemed and exchanged for another mutual fund offered by the same company. In particular, the Vanguard Federal Money Market Fund was redeemed and exchanged for the Vanguard Windsor II Fund in April 2010. I understand that the 2011 report is for transactions occurring in 2011, but there is no other place on the report to provide the information.

In addition, in Part VII, Investments and Trusts, I list Lazard Emerging Markets Instl (401 K) on line 52. I inadvertently omitted this in prior reports. It is one of many mutual funds held in my 401 K plan, administered by Sun Bank, and I simply skipped over it when listing all the funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Goodman, Jonathan | 05/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan Goodman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544